U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **HELEN B. MORRIS** | **CIVIL ACTION NO. 06-1965** |
| versus | **JUDGE TRIMBLE** |
| **MICHAEL J. ASTRUE, Commissioner of Social Security** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the report and recommendation of the magistrate judge filed previously herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under applicable law, it is

ORDERED ADJUDGED AND DECREED that findings of the Social Security Commissioner be and are hereby AFFIRMED. Accordingly, plaintiff's complaint is hereby DISMISSED with prejudice.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 25 day of March, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE